

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2013

No. 04-13-00108-CV

**LOWER COLORADO RIVER AUTHORITY,**
Appellant

v.

**CITY OF BOERNE, TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 12-502
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before May 20, 2013.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2013.

Keith E. Hottle
Clerk of Court